PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 4 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                           Crim. No. 03CR00605-002-TUC-DCB

VANESSA DAUGHERTY

On **01/13/2006** the above named was placed on **supervised release** for a period of **3 years** years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

*Rhonda Spencer* (signature)
Rhonda Spencer
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this **13** day of **March**, **2008**

_____
The Honorable David C. Bury
United States District Judge